**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Mr. Victor Saldana, | Civil No. 12-573 (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Dr. Stephen Craane, Cathy Reid, Dr. Paulson, Dr. Steven Moore, St. Joseph's Hospital, and Corrections Medical Services, Inc., | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated August 21, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Magistrate Judge Tony N. Leung's August 21, 2012 Report and Recommendation, (Doc. No. [29]), is **ADOPTED**.

2. Plaintiff's Motion for Temporary Injunction (Doc. No. [4]) is **DENIED**.

Dated: September 11, 2012      s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge