**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Mr. Victor Saldana, | Civil No. 12-573 (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Dr. Stephen Crane; MN. Doc; Cathy Reid; Dr. Paulson; Dr. Steven Moore; St. Joseph's Hospital; and Corrections Medical Services, Inc., | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated July 26, 2013. No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1. Magistrate Judge Tony N. Leung's July 26, 2013 Report and Recommendation (Doc. No. [78]) is **ADOPTED**.

2. Defendants Steven Moore, M.D., and St. Joseph's Hospital's Motion to Dismiss Pursuant to Minn. Stat. § 145.682 (Doc. No. [30]) is **GRANTED**.

3.       Stephen Craane, M.D., and Corizon, Inc. f/k/a Correctional Medical Services, Inc.'s Motion for Summary Judgment and Statutory Dismissal (Doc. No. [44]) is **GRANTED**.

4.       Defendants Paulson and Reid's Motion for Summary Judgment (Doc. No. [60]) is **DENIED** and the claims against them are **DISMISSED WITHOUT PREJUDICE**.

5.       Defendant "MN. DOC" is **DISMISSED** as a party to this action.

6.       This matter is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 4, 2013       s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge